Case 04-74830   Doc 36   Filed 05/20/08   Entered 05/20/08 14:58:38   Desc Main
                                Document      Page 1 of 2

# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: MICHELLE B. MALDONADO  
      1437 ARGALL AVENUE  
      BELOIT, WI  53511

SSN-xxx-xx-3168

Case Number: 04-74830

Case filed on: 9/28/2004  
Plan Confirmed on: 1/7/2005

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $6,701.00      Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 164.00 | 164.00 | 164.00 | 0.00 |
| | Total Administration | 164.00 | 164.00 | 164.00 | 0.00 |
| 000 | BALSLEY & DAHLBERG LLP | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
| | Total Legal | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
| 999 | MICHELLE B. MALDONADO | 0.00 | 0.00 | 43.00 | 0.00 |
| | Total Debtor Refund | 0.00 | 0.00 | 43.00 | 0.00 |
| 001 | AMCORE BANK NA | 1,100.00 | 1,100.00 | 1,100.00 | 0.00 |
| | Total Secured | 1,100.00 | 1,100.00 | 1,100.00 | 0.00 |
| 001 | AMCORE BANK NA | 9,812.17 | 9,812.17 | 2,889.36 | 0.00 |
| 002 | AMCORE BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | C.B. ACCOUNTS, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | COLLECTO/CREDIT PAC | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | COUNTRYWIDE HOME LOANS | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | CREDIT PROTECTION ASSOCIATION | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | FEDERAL COLLECTIONS, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | KURTIS WIRTH, DDS | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | NATIONAL ENTERPRISE SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | RESURGENT CAPITAL SERVICES | 519.39 | 519.39 | 152.94 | 0.00 |
| 011 | RIDDLE & ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | ROCK VALLEY COLLEGE | 293.00 | 293.00 | 86.28 | 0.00 |
| 013 | ROCKFORD REGISTER STAR | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | SUPERIOR RECOVERY SYSTEM | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | T-MOBILE | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | WEXLER & WEXLER | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | JOSE MALDONADO | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | B-LINE LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | T-MOBILE | 810.58 | 810.58 | 238.69 | 0.00 |
| 020 | VERIZON WIRELESS - GREAT LAKES | 469.07 | 469.07 | 138.12 | 0.00 |
| 021 | ECAST SETTLEMENT CORPORATION | 412.40 | 412.40 | 121.44 | 0.00 |
| 022 | AFFILIATED SURGEONS OF ROCKFORD | 0.00 | 0.00 | 0.00 | 0.00 |
| 023 | COMED CO | 0.00 | 0.00 | 0.00 | 0.00 |
| 024 | ROCKFORD HEALTH PHYSICIANS | 9.92 | 9.92 | 2.92 | 0.00 |
| 025 | ROCKFORD HEALTH SYSTEMS/ | 0.00 | 0.00 | 0.00 | 0.00 |
| 026 | ROCKFORD MERCANTILE AGENCY INC | 107.89 | 107.89 | 31.77 | 0.00 |
| 027 | ROCKFORD RADIOLOGY | 0.00 | 0.00 | 0.00 | 0.00 |
| 028 | SBC CORPORATION | 369.69 | 369.69 | 108.86 | 0.00 |
| | Total Unsecured | 12,804.11 | 12,804.11 | 3,770.38 | 0.00 |
| | Grand Total: | 15,268.11 | 15,268.11 | 6,277.38 | 0.00 |

Total Paid Claimant:     $6,277.38  
Trustee Allowance:     $423.62  
Percent Paid Unsecured:     29.45

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

                                                      /s/ Lydia S. Meyer  
                                                      Lydia S. Meyer, Trustee

**United States Bankruptcy Court**
of the
**Northern District Of Illinois**
**Western Division**

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 05/14/2008                    By  /s/Heather M. Fagan